

# NUMBERS 13-09-00357-CR AND 13-09-00358-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSEPH CHRISTIAN BRASHER,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 156th District Court
### of Bee County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Joseph Christian Brasher, perfected separate appeals from judgments entered by the 156th District Court of Bee County, Texas in trial court cause numbers B-08-2203-0-CR-B and B-08-2204-0-CR-B. Counsel for appellant has now filed a motion to permanently abate these appeals based on the death of appellant, Joseph Christian

Brasher.  According to counsel's motion, appellant died after the appeal was perfected, but before this Court issued its mandate.  *See* TEX. R. APP. P. 7.1(a)(2).

We grant counsel's motion, and, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order these appeals permanently ABATED.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 21st
day of December, 2009.

2